# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DIXON, MILDRED DENISE　　　　　　　§　Case No. 16-07426-ABG
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 03, 2016. The undersigned trustee was appointed on March 03, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　　$　　　　14,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 191.49 |
| Bank service fees | 42.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,400.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]　$ | 11,366.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/29/2016 and the deadline for filing governmental claims was 08/30/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,910.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,910.00, for a total compensation of $1,910.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2016  By: /s/ILENE F. GOLDSTEIN
 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-07426-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** DIXON, MILDRED DENISE  **Filed (f) or Converted (c):** 03/03/16 (f)
 **§341(a) Meeting Date:** 03/31/16
**Period Ending:** 11/29/16  **Claims Bar Date:** 07/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND, OR OTHER REAL ESTATE | 166,500.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES 2008 Lexus | 14,000.00 | 11,600.00 | | 14,000.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 2,500.00 | 195.00 | | 0.00 | FA |
| 5 | CLOTHES | 150.00 | 150.00 | | 0.00 | FA |
| 6 | Jewelry | 250.00 | 250.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS | 45.00 | 0.00 | | 0.00 | FA |
| 8 | RETIREMENT OR PENSION ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | CASH | 400.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets** Totals (Excluding unknown values) | **$186,345.00** | **$13,695.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-07426-ABG  
**Case Name:** DIXON, MILDRED DENISE  

**Taxpayer ID #:** **-***5409  
**Period Ending:** 11/29/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/16 | {2} | Lou Minaglia | | 1129-000 | 14,000.00 | | 14,000.00 |
| 08/23/16 | 101 | Mildred Dixon | Exemption | 8100-002 | | 2,400.00 | 11,600.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,590.00 |
| 09/13/16 | 102 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 191.49 | 11,398.51 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.62 | 11,381.89 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.84 | 11,366.05 |
| | | | **ACCOUNT TOTALS** | | 14,000.00 | 2,633.95 | **$11,366.05** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 2,633.95 | |
| | | | Less: Payments to Debtors | | | 2,400.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$233.95** | |

Net Receipts : 14,000.00  
Less Payments to Debtor : 2,400.00  
Net Estate : $11,600.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4466** | 14,000.00 | 233.95 | 11,366.05 |
| | $14,000.00 | $233.95 | $11,366.05 |

{} Asset reference(s)

Printed: 11/29/2016 04:39 PM    V.13.28

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2016

**Case Number:** 16-07426-ABG  
**Debtor Name:** DIXON, MILDRED DENISE

Page: 1

**Date:** November 29, 2016  
**Time:** 04:39:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,910.00 | $0.00 | 1,910.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $122.57 | $0.00 | 122.57 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,205.00 | $0.00 | 2,205.00 |
| 1<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | History: Details1-104/29/2016Claim #1 filed by Cavalry SPV I, LLC, Amount claimed: $1876.27 (Frame, Tracyan )<br>-------------------------------------------------------------------------------* * * | $1,876.27 | $0.00 | 1,876.27 |
| 2<br>610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details2-105/02/2016Claim #2 filed by Quantum3 Group LLC as agent for, Amount claimed: $602.50 (Choi, Yunny )<br>-------------------------------------------------------------------------------* * * | $602.50 | $0.00 | 602.50 |
| 3<br>610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details3-105/02/2016Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $7834.87 (Choi, Yunny )<br>-------------------------------------------------------------------------------* * * | $7,834.87 | $0.00 | 7,834.87 |
| 4<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details4-105/02/2016Claim #4 filed by Quantum3 Group LLC as agent for, Amount claimed: $136.60 (Nichol, Kolby )<br>-------------------------------------------------------------------------------* * * | $136.60 | $0.00 | 136.60 |
| 5<br>610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details5-105/02/2016Claim #5 filed by Quantum3 Group LLC as agent for, Amount claimed: $345.09 (Nichol, Kolby )<br>-------------------------------------------------------------------------------* * * | $345.09 | $0.00 | 345.09 |
| 6<br>610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details6-105/03/2016Claim #6 filed by Quantum3 Group LLC as agent for, Amount claimed: $558.57 (Capiral, Maria )<br>-------------------------------------------------------------------------------* * * | $558.57 | $0.00 | 558.57 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2016

**Case Number:** 16-07426-ABG  
**Debtor Name:** DIXON, MILDRED DENISE

Page: 2

**Date:** November 29, 2016  
**Time:** 04:39:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details7-105/04/2016Claim #7 filed by Quantum3 Group LLC as agent for, Amount claimed: $713.09 (Capiral, Maria )<br>------------------------------------------------------------------------------\* \* \* | $713.09 | $0.00 | 713.09 |
| 8 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details8-105/04/2016Claim #8 filed by Quantum3 Group LLC as agent for, Amount claimed: $89.93 (Capiral, Maria )<br>------------------------------------------------------------------------------\* \* \* | $89.93 | $0.00 | 89.93 |
| 9 610 | Army & Air Force Exchange Services<br>attn. GC-G<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236 | Unsecured | History: Details9-105/05/2016Claim #9 filed by Army & Air Force Exchange Services, Amount claimed: $8264.48 (Torres, Rita )<br>------------------------------------------------------------------------------\* \* \* | $8,264.48 | $0.00 | 8,264.48 |
| 10 610 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details10-105/09/2016Claim #10 filed by Discover Bank, Amount claimed: $3781.99 (Beckman, Kyle )<br>------------------------------------------------------------------------------\* \* \* | $3,781.99 | $0.00 | 3,781.99 |
| 11 610 | Devry Education Group<br>814 Commerce Dr. Suite 200<br>Oak Brook, IL 60523 | Unsecured | History: Details11-105/13/2016Claim #11 filed by Devry Education Group, Amount claimed: $3029.20 (Ross, Demetrius )<br>------------------------------------------------------------------------------\* \* \* | $3,029.20 | $0.00 | 3,029.20 |
| 12 610 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | History: Details12-105/16/2016Claim #12 filed by CAPITAL ONE, N.A., Amount claimed: $890.58 (Brown, Lynn )<br>------------------------------------------------------------------------------\* \* \* | $890.58 | $0.00 | 890.58 |
| 13 610 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | History: Details13-105/24/2016Claim #13 filed by Navient Solutions, Inc., Amount claimed: $12471.19 (Nallon, Thomas )<br>------------------------------------------------------------------------------\* \* \* | $12,471.19 | $0.00 | 12,471.19 |
| 14 610 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | History: Details14-105/24/2016Claim #14 filed by Navient Solutions, Inc., Amount claimed: $9743.36 (Nallon, Thomas )<br>------------------------------------------------------------------------------\* \* \* | $9,743.36 | $0.00 | 9,743.36 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2016

**Case Number:** 16-07426-ABG
**Debtor Name:** DIXON, MILDRED DENISE

Page: 3

**Date:** November 29, 2016
**Time:** 04:39:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 610 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | History: Details15-105/24/2016Claim #15 filed by Navient Solutions, Inc., Amount claimed: $13049.12 (Nallon, Thomas ) | $13,049.12 | $0.00 | 13,049.12 |
| 16 610 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details16-107/06/2016Claim #16 filed by Quantum3 Group LLC as agent for, Amount claimed: $42.53 (Rosello, Fran ) | $42.53 | $0.00 | 42.53 |
| 17 610 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | History: Details17-107/07/2016Claim #17 filed by NAVY FEDERAL CREDIT UNION, Amount claimed: $501.86 (Gough, Susan ) | $501.86 | $0.00 | 501.86 |
| 18 610 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | History: Details18-107/07/2016Claim #18 filed by NAVY FEDERAL CREDIT UNION, Amount claimed: $19253.17 (Gough, Susan ) | $19,253.17 | $0.00 | 19,253.17 |
| 19 610 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | History: Details19-107/07/2016Claim #19 filed by NAVY FEDERAL CREDIT UNION, Amount claimed: $4004.35 (Gough, Susan ) | $4,004.35 | $0.00 | 4,004.35 |
| 20 610 | Altair OH XIII, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details20-107/20/2016Claim #20 filed by Altair OH XIII, LLC, Amount claimed: $1175.87 (Johnson, Anthony ) | $1,175.87 | $0.00 | 1,175.87 |
| 21 610 | CashCall Receivables<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details21-107/20/2016Claim #21 filed by CashCall Receivables, Amount claimed: $2561.13 (Johnson, Anthony ) | $2,561.13 | $0.00 | 2,561.13 |
| 22 610 | LVNV Funding, LLC its successors and assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | History: Details22-107/26/2016Claim #22 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $402.33 (Benbow, Erica ) | $402.33 | $0.00 | 402.33 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 29, 2016

**Case Number:** 16-07426-ABG  
**Debtor Name:** DIXON, MILDRED DENISE  

Page: 4

**Date:** November 29, 2016  
**Time:** 04:39:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 / 610 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL RETAIL BANK (QCARD),POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details23-107/29/2016Claim #23 filed by Portfolio Recovery Associates, LLC, Amount claimed: $935.62 (Griffin, Tiffany )<br>--------------------------------------------------------------------------------* * * | $935.62 | $0.00 | 935.62 |
| 24 / 610 | Portfolio Recovery Associates, LLC<br>Successor to Capital One, NA (Helzberg)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details24-107/29/2016Claim #24 filed by Portfolio Recovery Associates, LLC, Amount claimed: $463.92 (Woerheide, Ashley )<br>--------------------------------------------------------------------------------* * * | $463.92 | $0.00 | 463.92 |
| 25 / 610 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA (CAPITAL ONE),POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details25-107/29/2016Claim #25 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1954.13 (Hancock, James )<br>--------------------------------------------------------------------------------* * * | $1,954.13 | $0.00 | 1,954.13 |
| 26 / 610 | City of Waukegan Parking<br>Bankruptcy Dept<br>106 N Martin Luther King Ave<br>Waukegan, IL 60085 | Unsecured | History: Details26-109/13/2016Claim #26 filed by City of Waukegan Parking, Amount claimed: $100.00 (Hayes, Megan )<br>--------------------------------------------------------------------------------* * * | $100.00 | $0.00 | 100.00 |
| 27 / 610 | DEPT OF Defense<br>Attn: Bankruptcy Dept.<br>8899 E 56Th St<br>Indianapolis, IN 46249 | Unsecured | History: Details27-109/13/2016Claim #27 filed by DEPT OF Defense, Amount claimed: $1256.00 (Hayes, Megan )<br>--------------------------------------------------------------------------------* * * | $1,256.00 | $0.00 | 1,256.00 |
| 28 / 610 | Illinois State Toll Hwy Auth<br>Attn: Legal Dept - Bob Lane<br>2700 Ogden Ave.<br>Downers Grove, IL 60515-1703 | Unsecured | History: Details28-109/13/2016Claim #28 filed by Illinois State Toll Hwy Auth, Amount claimed: $1500.00 (Hayes, Megan )<br>--------------------------------------------------------------------------------* * * | $1,500.00 | $0.00 | 1,500.00 |
| **<< Totals >>** | | | | 101,775.32 | 0.00 | 101,775.32 |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　Exhibit D

Case No.: 16-07426-ABG
Case Name: DIXON, MILDRED DENISE
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**　　　　　　　$　　　11,366.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:　$　　　0.00
Remaining balance:　$　　　11,366.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,910.00 | 0.00 | 1,910.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,205.00 | 0.00 | 2,205.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 122.57 | 0.00 | 122.57 |

Total to be paid for chapter 7 administration expenses:　$　　　4,237.57
Remaining balance:　$　　　7,128.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　　0.00
Remaining balance:　$　　　7,128.48

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,128.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,537.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 1,876.27 | 0.00 | 137.13 |
| 2 | Quantum3 Group LLC as agent for | 602.50 | 0.00 | 44.03 |
| 3 | Quantum3 Group LLC as agent for | 7,834.87 | 0.00 | 572.61 |
| 4 | Quantum3 Group LLC as agent for | 136.60 | 0.00 | 9.98 |
| 5 | Quantum3 Group LLC as agent for | 345.09 | 0.00 | 25.22 |
| 6 | Quantum3 Group LLC as agent for | 558.57 | 0.00 | 40.82 |
| 7 | Quantum3 Group LLC as agent for | 713.09 | 0.00 | 52.12 |
| 8 | Quantum3 Group LLC as agent for | 89.93 | 0.00 | 6.57 |
| 9 | Army & Air Force Exchange Services | 8,264.48 | 0.00 | 604.00 |
| 10 | Discover Bank | 3,781.99 | 0.00 | 276.40 |
| 11 | Devry Education Group | 3,029.20 | 0.00 | 221.39 |
| 12 | CAPITAL ONE, N.A. | 890.58 | 0.00 | 65.09 |
| 13 | Navient Solutions, Inc. | 12,471.19 | 0.00 | 911.45 |
| 14 | Navient Solutions, Inc. | 9,743.36 | 0.00 | 712.09 |
| 15 | Navient Solutions, Inc. | 13,049.12 | 0.00 | 953.68 |
| 16 | Quantum3 Group LLC as agent for | 42.53 | 0.00 | 3.11 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 17 | NAVY FEDERAL CREDIT UNION | 501.86 | 0.00 | 36.68 |
| 18 | NAVY FEDERAL CREDIT UNION | 19,253.17 | 0.00 | 1,407.10 |
| 19 | NAVY FEDERAL CREDIT UNION | 4,004.35 | 0.00 | 292.65 |
| 20 | Altair OH XIII, LLC | 1,175.87 | 0.00 | 85.94 |
| 21 | CashCall Receivables | 2,561.13 | 0.00 | 187.18 |
| 22 | LVNV Funding, LLC its successors and assigns as | 402.33 | 0.00 | 29.40 |
| 23 | Portfolio Recovery Associates, LLC | 935.62 | 0.00 | 68.38 |
| 24 | Portfolio Recovery Associates, LLC | 463.92 | 0.00 | 33.91 |
| 25 | Portfolio Recovery Associates, LLC | 1,954.13 | 0.00 | 142.82 |
| 26 | City of Waukegan Parking | 100.00 | 0.00 | 7.31 |
| 27 | DEPT OF Defense | 1,256.00 | 0.00 | 91.79 |
| 28 | Illinois State Toll Hwy Auth | 1,500.00 | 0.00 | 109.63 |

Total to be paid for timely general unsecured claims: $ 7,128.48
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**