UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **DIXON, MILDRED DENISE** | ) Bankruptcy Case No. 16-07426 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 6, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

DIXON, MILDRED DENISE
2689 N. AUGUSTA DRIVE
WADSWORTH, IL 60083


,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1    Cavalry SPV I, LLC
     500 Summit Lake Drive, Ste 400
     Valhalla, NY 10595

2  Quantum3 Group LLC as agent for
   MOMA Funding LLC
   PO Box 788
   Kirkland, WA 98083-0788

3  Quantum3 Group LLC as agent for
   MOMA Funding LLC
   PO Box 788
   Kirkland, WA 98083-0788

4  Quantum3 Group LLC as agent for
   Comenity Bank
   PO Box 788
   Kirkland, WA 98083-0788

5  Quantum3 Group LLC as agent for
   MOMA Funding LLC
   PO Box 788
   Kirkland, WA 98083-0788

6  Quantum3 Group LLC as agent for
   MOMA Funding LLC
   PO Box 788
   Kirkland, WA 98083-0788

7  Quantum3 Group LLC as agent for
   MOMA Funding LLC
   PO Box 788
   Kirkland, WA 98083-0788

8  Quantum3 Group LLC as agent for
   Comenity Bank
   PO Box 788
   Kirkland, WA 98083-0788

9  Army & Air Force Exchange Services
   attn. GC-G
   3911 S Walton Walker Blvd
   Dallas, TX 75236

10 Discover Bank
   Discover Products Inc.
   PO Box 3025

|    |    |
|----|----|
|    | New Albany, OH 43054-3025 |
| 11 | Devry Education Group<br>814 Commerce Dr. Suite 200<br>Oak Brook, IL 60523 |
| 12 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| 13 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| 14 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| 15 | Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| 16 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 17 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 |
| 18 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 |
| 19 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 |
| 20 | Altair OH XIII, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |

| | |
|---|---|
| 21 | CashCall Receivables<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |
| 22 | LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 |
| 23 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL RETAIL BANK (QCARD),POB 41067<br>Norfolk, VA 23541 |
| 24 | Portfolio Recovery Associates, LLC<br>Successor to Capital One, NA (Helzberg)<br>POB 41067<br>Norfolk, VA 23541 |
| 25 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA (CAPITAL ONE),POB 41067<br>Norfolk, VA 23541 |
| 26 | City of Waukegan Parking<br>Bankruptcy Dept<br>106 N Martin Luther King Ave<br>Waukegan, IL 60085 |
| 27 | DEPT OF Defense<br>Attn: Bankruptcy Dept.<br>8899 E 56Th St<br>Indianapolis, IN 46249 |
| 28 | Illinois State Toll Hwy Auth<br>Attn: Legal Dept - Bob Lane<br>2700 Ogden Ave.<br>Downers Grove, IL 60515-1703 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402