# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DIXON, MILDRED DENISE § Case No. 16-07426
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $172,345.00          Assets Exempt: $6,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,128.48    Claims Discharged
                                              Without Payment: $90,409.27

Total Expenses of Administration: $4,471.52

---

3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $11,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,471.52 | 4,471.52 | 4,471.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 97,537.75 | 97,537.75 | 7,128.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,009.27 | $102,009.27 | $11,600.00 |

    4) This case was originally filed under Chapter 7 on March 03, 2016. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2017　　　　By: /s/ILENE F. GOLDSTEIN
　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES 2008 Lexus | 1129-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mildred Dixon | Exemption | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,910.00 | 1,910.00 | 1,910.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 2,205.00 | 2,205.00 | 2,205.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 122.57 | 122.57 | 122.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Expenses - AMERICAN AUCTION ASSOC. INC. | 3620-000 | N/A | 191.49 | 191.49 | 191.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.62 | 16.62 | 16.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.84 | 15.84 | 15.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,471.52** | **$4,471.52** | **$4,471.52** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 1,876.27 | 1,876.27 | 137.13 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 602.50 | 602.50 | 44.03 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 7,834.87 | 7,834.87 | 572.61 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 136.60 | 136.60 | 9.98 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 345.09 | 345.09 | 25.22 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 558.57 | 558.57 | 40.82 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 713.09 | 713.09 | 52.12 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 89.93 | 89.93 | 6.57 |
| 9 | Army & Air Force Exchange Services | 7100-000 | N/A | 8,264.48 | 8,264.48 | 604.00 |
| 10 | Discover Bank | 7100-000 | N/A | 3,781.99 | 3,781.99 | 276.40 |
| 11 | Devry Education Group | 7100-000 | N/A | 3,029.20 | 3,029.20 | 221.39 |
| 12 | CAPITAL ONE, N.A. | 7100-000 | N/A | 890.58 | 890.58 | 65.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Navient Solutions, Inc. | 7100-000 | N/A | 12,471.19 | 12,471.19 | 911.45 |
| 14 | Navient Solutions, Inc. | 7100-000 | N/A | 9,743.36 | 9,743.36 | 712.09 |
| 15 | Navient Solutions, Inc. | 7100-000 | N/A | 13,049.12 | 13,049.12 | 953.68 |
| 16 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 42.53 | 42.53 | 3.11 |
| 17 | NAVY FEDERAL CREDIT UNION | 7100-000 | N/A | 501.86 | 501.86 | 36.68 |
| 18 | NAVY FEDERAL CREDIT UNION | 7100-000 | N/A | 19,253.17 | 19,253.17 | 1,407.10 |
| 19 | NAVY FEDERAL CREDIT UNION | 7100-000 | N/A | 4,004.35 | 4,004.35 | 292.65 |
| 20 | Altair OH XIII, LLC | 7100-000 | N/A | 1,175.87 | 1,175.87 | 85.94 |
| 21 | CashCall Receivables | 7100-000 | N/A | 2,561.13 | 2,561.13 | 187.18 |
| 22 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 402.33 | 402.33 | 29.40 |
| 23 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 935.62 | 935.62 | 68.38 |
| 24 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 463.92 | 463.92 | 33.91 |
| 25 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,954.13 | 1,954.13 | 142.82 |
| 26 | City of Waukegan Parking | 7100-000 | N/A | 100.00 | 100.00 | 7.31 |
| 27 | DEPT OF Defense | 7100-000 | N/A | 1,256.00 | 1,256.00 | 91.79 |
| 28 | Illinois State Toll Hwy Auth | 7100-000 | N/A | 1,500.00 | 1,500.00 | 109.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $97,537.75 | $97,537.75 | $7,128.48 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-07426  
**Case Name:** DIXON, MILDRED DENISE  

**Period Ending:** 03/19/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/03/16 (f)  
**§341(a) Meeting Date:** 03/31/16  
**Claims Bar Date:** 07/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND, OR OTHER REAL ESTATE | 166,500.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES 2008 Lexus | 14,000.00 | 11,600.00 | | 14,000.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 2,500.00 | 195.00 | | 0.00 | FA |
| 5 | CLOTHES | 150.00 | 150.00 | | 0.00 | FA |
| 6 | Jewelry | 250.00 | 250.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS | 45.00 | 0.00 | | 0.00 | FA |
| 8 | RETIREMENT OR PENSION ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | CASH | 400.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets** Totals (Excluding unknown values) | **$186,345.00** | **$13,695.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):** December 6, 2016 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-07426  
**Case Name:** DIXON, MILDRED DENISE  
**Taxpayer ID #:** **-***5409  
**Period Ending:** 03/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/16 | {2} | Lou Minaglia | | 1129-000 | 14,000.00 | | 14,000.00 |
| 08/23/16 | 101 | Mildred Dixon | Exemption | 8100-002 | | 2,400.00 | 11,600.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,590.00 |
| 09/13/16 | 102 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 191.49 | 11,398.51 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.62 | 11,381.89 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.84 | 11,366.05 |
| 01/11/17 | 103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,910.00, Trustee Compensation; Reference: | 2100-000 | | 1,910.00 | 9,456.05 |
| 01/11/17 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $122.57, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 122.57 | 9,333.48 |
| 01/11/17 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,205.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,205.00 | 7,128.48 |
| 01/11/17 | 106 | Cavalry SPV I, LLC | Dividend paid 7.30% on $1,876.27; Claim# 1; Filed: $1,876.27; Reference: | 7100-000 | | 137.13 | 6,991.35 |
| 01/11/17 | 107 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $602.50; Claim# 2; Filed: $602.50; Reference: | 7100-000 | | 44.03 | 6,947.32 |
| 01/11/17 | 108 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $7,834.87; Claim# 3; Filed: $7,834.87; Reference: | 7100-000 | | 572.61 | 6,374.71 |
| 01/11/17 | 109 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $136.60; Claim# 4; Filed: $136.60; Reference: | 7100-000 | | 9.98 | 6,364.73 |
| 01/11/17 | 110 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $345.09; Claim# 5; Filed: $345.09; Reference: | 7100-000 | | 25.22 | 6,339.51 |
| 01/11/17 | 111 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $558.57; Claim# 6; Filed: $558.57; Reference: | 7100-000 | | 40.82 | 6,298.69 |
| 01/11/17 | 112 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $713.09; Claim# 7; Filed: $713.09; Reference: | 7100-000 | | 52.12 | 6,246.57 |
| 01/11/17 | 113 | Quantum3 Group LLC as agent for | Dividend paid 7.30% on $89.93; Claim# 8; Filed: $89.93; Reference: | 7100-000 | | 6.57 | 6,240.00 |
| 01/11/17 | 114 | Army & Air Force Exchange Services | Dividend paid 7.30% on $8,264.48; Claim# 9; Filed: $8,264.48; Reference: | 7100-000 | | 604.00 | 5,636.00 |
| 01/11/17 | 115 | Discover Bank | Dividend paid 7.30% on $3,781.99; Claim# 10; Filed: $3,781.99; Reference: | 7100-000 | | 276.40 | 5,359.60 |
| 01/11/17 | 116 | Devry Education Group | Dividend paid 7.30% on $3,029.20; Claim# 11; Filed: $3,029.20; Reference: | 7100-000 | | 221.39 | 5,138.21 |
| 01/11/17 | 117 | CAPITAL ONE, N.A. | Dividend paid 7.30% on $890.58; Claim# 12; Filed: $890.58; Reference: | 7100-000 | | 65.09 | 5,073.12 |

Subtotals : $14,000.00    $8,926.88

{} Asset reference(s)

Printed: 03/19/2017 02:59 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-07426  
**Case Name:** DIXON, MILDRED DENISE  

**Taxpayer ID #:** **-***5409  
**Period Ending:** 03/19/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/17 | 118 | Navient Solutions, Inc. | Dividend paid   7.30% on $12,471.19; Claim# 13; Filed: $12,471.19; Reference: | 7100-000 | | 911.45 | 4,161.67 |
| 01/11/17 | 119 | Navient Solutions, Inc. | Dividend paid   7.30% on $9,743.36; Claim# 14; Filed: $9,743.36; Reference: | 7100-000 | | 712.09 | 3,449.58 |
| 01/11/17 | 120 | Navient Solutions, Inc. | Dividend paid   7.30% on $13,049.12; Claim# 15; Filed: $13,049.12; Reference: | 7100-000 | | 953.68 | 2,495.90 |
| 01/11/17 | 121 | Quantum3 Group LLC as agent for | Dividend paid   7.30% on $42.53; Claim# 16; Filed: $42.53; Reference: | 7100-000 | | 3.11 | 2,492.79 |
| 01/11/17 | 122 | NAVY FEDERAL CREDIT UNION | Dividend paid   7.30% on $501.86; Claim# 17; Filed: $501.86; Reference: | 7100-000 | | 36.68 | 2,456.11 |
| 01/11/17 | 123 | NAVY FEDERAL CREDIT UNION | Dividend paid   7.30% on $19,253.17; Claim# 18; Filed: $19,253.17; Reference: | 7100-000 | | 1,407.10 | 1,049.01 |
| 01/11/17 | 124 | NAVY FEDERAL CREDIT UNION | Dividend paid   7.30% on $4,004.35; Claim# 19; Filed: $4,004.35; Reference: | 7100-000 | | 292.65 | 756.36 |
| 01/11/17 | 125 | Altair OH XIII, LLC | Dividend paid   7.30% on $1,175.87; Claim# 20; Filed: $1,175.87; Reference: | 7100-000 | | 85.94 | 670.42 |
| 01/11/17 | 126 | CashCall Receivables | Dividend paid   7.30% on $2,561.13; Claim# 21; Filed: $2,561.13; Reference: | 7100-000 | | 187.18 | 483.24 |
| 01/11/17 | 127 | LVNV Funding, LLC its successors and assigns as | Dividend paid   7.30% on $402.33; Claim# 22; Filed: $402.33; Reference: | 7100-000 | | 29.40 | 453.84 |
| 01/11/17 | 128 | Portfolio Recovery Associates, LLC | Dividend paid   7.30% on $935.62; Claim# 23; Filed: $935.62; Reference: | 7100-000 | | 68.38 | 385.46 |
| 01/11/17 | 129 | Portfolio Recovery Associates, LLC | Dividend paid   7.30% on $463.92; Claim# 24; Filed: $463.92; Reference: | 7100-000 | | 33.91 | 351.55 |
| 01/11/17 | 130 | Portfolio Recovery Associates, LLC | Dividend paid   7.30% on $1,954.13; Claim# 25; Filed: $1,954.13; Reference: | 7100-000 | | 142.82 | 208.73 |
| 01/11/17 | 131 | City of Waukegan Parking | Dividend paid   7.30% on $100.00; Claim# 26; Filed: $100.00; Reference: | 7100-000 | | 7.31 | 201.42 |
| 01/11/17 | 132 | DEPT OF Defense | Dividend paid   7.30% on $1,256.00; Claim# 27; Filed: $1,256.00; Reference: | 7100-000 | | 91.79 | 109.63 |
| 01/11/17 | 133 | Illinois State Toll Hwy Auth | Dividend paid   7.30% on $1,500.00; Claim# 28; Filed: $1,500.00; Reference: | 7100-000 | | 109.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,000.00 | 14,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 14,000.00 | |
| | | | Less: Payments to Debtors | | | 2,400.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$11,600.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 16-07426 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | DIXON, MILDRED DENISE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4466 - Checking Account |
| Taxpayer ID #: | **-***5409 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/19/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | Checking # ******4466 | 14,000.00 | 11,600.00 | 0.00 |
|  |  | $14,000.00 | $11,600.00 | $0.00 |